Filed 4/16/15  P. v. Gonzales CA2/6
## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

|  |  |
|---|---|
| THE PEOPLE,<br><br>  Plaintiff and Respondent,<br><br>v.<br><br>STEVEN RAY GONZALES,<br><br>  Defendant and Appellant. | 2d Crim. No. B259141<br>(Super. Ct. No. 2011022408)<br>(Ventura County) |

Appellant Steven Ray Gonzales pled guilty to theft (Pen. Code, § 487, subd. (a))[1] and was sentenced to 16 months in state prison.  In 2012, he was placed on post-release community supervision (PRCS).  (§ 3456.)  He subsequently had several PRCS violations for which he served time in jail or in a residential drug treatment program.

In 2014, appellant requested that the trial court vacate a previously imposed PRCS no-contact order so that he could have contact with his pregnant girlfriend and child, whose birth is expected in May 2015.  Upon the probation department's recommendation, the court denied the request without prejudice to its renewal once the child is born.  Appellant filed a timely notice of appeal.  We appointed counsel to represent him.

---

[1]All statutory references are to the Penal Code.

Appellant stole copper wire from a railroad yard. There was evidence that his girlfriend was with him at the time of the theft.

Appointed counsel filed a brief raising no issues and requesting our independent review pursuant to *People v. Wende* (1979) 25 Cal.3d 436. On January 23, 2015, we notified appellant that he had 30 days in which to advise us of any claims he wished us to consider. We have received no response.

We have reviewed the entire record and are satisfied that appellant's attorney has fully complied with his responsibilities and that no arguable issues exist. (*People v. Kelly* (2006) 40 Cal.4th 106, 123-124; *People v. Wende, supra*, 25 Cal.3d at p. 441.)

The judgment (order) is affirmed.

NOT TO BE PUBLISHED.


PERREN, J.


We concur:



GILBERT, P. J.



YEGAN, J.


2

Brian J. Back, Judge

Superior Court County of Ventura

_____


      California Appellate Project, Jonathan B. Steiner, Executive Director, and Richard B. Lennon, Staff Attorney, under appointment by the Court of Appeal, for Defendant and Appellant.

      No appearance for Plaintiff and Respondent.